UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:19-CR-96 |
| | ) | JUDGE GREER |
| CRAIG MATTHEW COLLINS | ) | |

TO THE HONORABLE MAGISTRATE OF THE ABOVE COURT:

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, United States of America, by and through the United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That Craig Matthew Collins is now in the custody of the Sullivan County Jail, at Bountville, Tennessee, pursuant to a lawful commitment.

II.

That there is pending against the defendant, Craig Matthew Collins in this District the above-captioned case, which is set for an Initial Appearance hearing, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, on August 16, 2019, in the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee, at 10:00 a.m. that day and each day thereafter until said case has been disposed.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Jailer, Sullivan County Jail, at Blountville, Tennessee, commanding him to produce the said Craig Matthew Collins before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Jailer so elects, the United States

Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said Craig Matthew Collins into his custody and possession at said Sullivan County Jail, at Blountville, Tennessee, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Jailer, Sullivan County Jail , at Blountville, Tennessee, as aforesaid.

Respectfully submitted, this the 31st day of July, 2019.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: *s/ Thomas A. McCauley*
Thomas A. McCauley, TN Bar#035250
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN 37743
423/639-6759
Thomas.McCauley@usdoj.gov