UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19–CR–96 |
| | ) | |
| CRAIG COLLINS | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge dated April 21, 2021. [Doc. 868]. In that Report and Recommendation, the Magistrate Judge recommended that Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment be granted, his plea of guilty as to Count One of the Indictment be accepted, and that a decision on whether to accept the plea agreement be deferred until sentencing. [*Id.*]. The Magistrate Judge also recommended that Defendant remain in custody until sentencing. [*Id.*]. Neither party has filed objections to the recommendation in the time allowed. *See* 28 U.S.C. § 636(b).

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation, [Doc. 868], is ADOPTED and APPROVED.

So ordered.

ENTER:

                                                                    s/J. RONNIE GREER
                                     UNITED STATES DISTRICT JUDGE